HONORABLE ROBERT S. LASNIK

1

2  Glenn S. Draper, WSBA #24419
   David Corliss, WSBA #53648
3  BERGMAN DRAPER OSLUND, PLLC
   821 2nd Avenue, Suite 2100
4  Seattle, WA 98104
   Telephone: (206) 957-9510
5  Telefax:    (206) 957-9549
   E-Mail: glenn@bergmanlegal.com
6          david@bergmanlegal.com
   Counsel for Plaintiffs
7

8

9
                    UNITED STATES DISTRICT COURT
10                WESTERN DISTRICT OF WASHINGTON
                             AT SEATTLE
11

12  WILLIAM A. MORRIS and CATHERINE M.        NO.  2:18-cv-01876-RSL
    MORRIS, husband and wife,
13                                            STIPULATION TO AMEND
                         Plaintiffs,          COMPLAINT
14
            v.
15
    AIR & LIQUID SYSTEMS CORPORATION,
16  et al.,

17                       Defendants.

18
                            **STIPULATION**
19
        **IT IS HEREBY STIPULATED** between Plaintiffs and Defendants, through their
20
    respective counsel of record, that Defendants have no objection to Plaintiffs filing their Amended
21
    Complaint to join Lockheed Shipbuilding Company and Vigor Shipyards, Inc. as defendants in
22
    this matter; to clarify jurisdiction of the Federal Courts in light of the claims against Lockheed
23
    Shipbuilding Company and Vigor Shipyards, Inc.; and to amend and replead this case from a

STIPULATION TO AMEND COMPLAINT - 1

BERGMAN DRAPER OSLUND
821 2ND AVENUE, SUITE 2100
SEATTLE, WA 98104
TELEPHONE: 206.957.9510

1  Personal Injury lawsuit to Wrongful Death and Survivorship action.  A copy of this proposed

2  Amended Complaint is attached as Exhibit 1.

3       DATED this 1st day of February, 2019.

4  BERGMAN DRAPER OSLUND, PLLC

5  /s/ Glenn S. Draper
   Glenn S. Draper, WSBA #24419
6  Email: glenn@bergmanlegal.com
   Counsel for Plaintiffs

7

8  BULLIVANT HOUSER BAILEY, PC

9  /s/ Jeanne F. Loftis
   Jeanne F. Loftis, WSBA #35355
   Megan E. Uhle, WSBA #51451
10  Email: asbestos-pdx@bullivant.com
   Counsel for Genuine Parts Company

11

12  FOLEY & MANSFIELD, PLLP

13  /s/ Zackary A. Paal
   Howard (Terry) Hall, WSBA #10905
   Brian B. Smith, WSBA #45930
14  Melissa K. Roeder, WSBA #30836
   Zackary A. Paal, WSBA #45077
15  Email: thall@foleymansfield.com
      bsmith@foleymansfield.com
16        mroeder@foleymansfield.com
      zpaal@foleymansfield.com
17        asbestos-sea@foleymansfield.com
   Counsel for Lone Star Industries, Inc.

18

19  GARDNER TRABOLSI & ASSOCIATES,
   PLLC

20  /s/ Ronald C. Gardner
   Ronald C. Gardner, WSBA #9270
21  Email: rgardner@gandtlawfirm.com
      asbestos@gandtlawfirm.com
22  Counsel for Goulds Pumps (IPG), Inc. and ITT
   Corporation

23

GORDON THOMAS HONEYWELL LLP

/s/ Diane J. Kero
Diane J. Kero, WSBA #11874
Email: dkero@gth-law.com
      service@gth-law.com
Counsel for Pneumo Abex Corporation

WILSON SMITH COCHRAN DICKERSON

/s/ Richard G. Gawlowski
Richard G. Gawlowski, WSBA #19713
Email: gawlowski@wscd.com
      reyes@wscd.com
      MetLifeAsbestos@wscd.com
Counsel for Metropolitan Life Insurance
Company

GORDON REES SCULLY MANSUKHANI
LLP

/s/ Mark B. Tuvim
Mark B. Tuvim, WSBA #31909
Kevin J. Craig, WSBA #29932
Trevor J. Mohr, WSBA #51857
Email: mtuvim@grsm.com
      kcraig@grsm.com
      tmohr@grsm.com
      SEAasbestos@gordonrees.com
Counsel for Ingersoll-Rand Company

GORDON THOMAS HONEYWELL LLP

/s/ James E. Horne
James E. Horne, WSBA #12166
Michael E. Ricketts, WSBA #9387
Email: jhorne@gth-law.com
      mricketts@gth-law.com
      IMOService@gth-law.com
Counsel for IMO Industries, Inc.

BERGMAN DRAPER OSLUND
821 2ND AVENUE, SUITE 2100
SEATTLE, WA 98104
TELEPHONE: 206.957.9510

1

RIZZO MATTINGLY BOSWORTH PC

2

*/s/ Allen E. Eraut*
Allen E. Eraut, WSBA #30940

3

Shaun Morgan, WSBA #47203
Email: aeraut@rizzopc.com

4

smorgan@rizzopc.com
asbestos@rizzopc.com

5

Counsel for Warren Pumps LLC

6

SOHA & LANG, PS

7

*/s/ Christine E. Dinsdale*
Christine E. Dinsdale, WSBA #12622

8

Rachel A. Rubin, WSBA #48971
Email: dinsdale@sohalang.com

9

rubin@sohalang.com
asbestos@sohalang.com

10

Counsel for BW/IP International

FOLEY & MANSFIELD, PLLP

*/s/ Zackary A. Paal*
Howard (Terry) Hall, WSBA #10905
J. Scott Wood, WSBA #41342
Zackary A. Paal, WSBA #45077
Email: thall@foleymansfield.com
swood@foleymansfield.com
zpaal@foleymansfield.com
asbestos-sea@foleymansfield.com
Counsel for Hanson Permanente Cement and
Kaiser Gypsum Company, Inc.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ George S. Pitcher*
George S. Pitcher, WSBA #27713
Rachel Tallon Reynolds, WSBA #38750
Email: George.Pitcher@lewisbrisbois.com
Rachel.Reynolds@lewisbrisbois.com
Counsel for Union Carbide Corporation

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATION TO AMEND COMPLAINT - 3

# Exhibit   1

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9    ~~WILLIAM A. MORRIS and CATHERINE M.~~
~~MORRIS, husband and wife,~~

10

11   DANIEL W. MORRIS, as Personal
Representative of the Estate of WILLIAM A.

12   MORRIS,

                    Plaintiffs,

13              v.

14   **AIR & LIQUID SYSTEMS**

15     **CORPORATION,** as Successor by Merger
     to BUFFALO PUMPS, INC.;

16   **BW/IP, INC.,** f/k/a BORG-WARNER
     INDUSTRIAL PRODUCTS, successor-in-
     interest to BYRON JACKSON PUMPS;

17   **CBS CORPORATION,** a Delaware
     corporation, f/k/a VIACOM, INC., successor

18   by merger to CBS CORPORATION, a
     Pennsylvania corporation, f/k/a

19   WESTINGHOUSE ELECTRIC
     CORPORATION;

20   **CROWN CORK & SEAL COMPANY,**
     **INC.;**

21   **GENERAL ELECTRIC COMPANY;**
     **GENUINE PARTS COMPANY;**

22   **GOULDS PUMPS (IPG), LLC.;**
     **HANSON PERMANENTE CEMENT, INC.,**

23     f/k/a KAISER CEMENT CORPORATION;
     **IMO INDUSTRIES, INC.,** individually and

NO.  2:18-cv-01876-RSL

~~COMPLAINT FOR PERSONAL~~
~~INJURIES~~

PROPOSED AMENDED
COMPLAINT FOR WRONGFUL
DEATH AND SURVIVORSHIP

---

PROPOSED AMENDED COMPLAINT FOR WRONGFUL DEATH AND
SURVIVORSHIP - 1

BERGMAN DRAPER OSLUND
821 2ND AVENUE, SUITE 2100
SEATTLE, WA 98104
TELEPHONE: 206.957.9510

1   as successor-in-interest to DE LAVAL
    TURBINE, INC.;
2   **INGERSOLL-RAND COMPANY**;
    **ITT CORPORATION**, as successor-in-interest
3     to FOSTER VALVES;
    **KAISER GYPSUM COMPANY, INC.**;
4   **LONE STAR INDUSTRIES, INC.**,
      individually and as successor-in-interest to
5     PIONEER SAND & GRAVEL COMPANY,
    **METROPOLITAN LIFE INSURANCE**
6     **COMPANY**;
    **PNEUMO ABEX, LLC**;
7   **UNION CARBIDE CORPORATION**; ~~and~~
    **WARREN PUMPS, LLC.**, Individually and as
8     successor in interest to QUIMBY PUMP
      COMPANY;
9   **LOCKHEED SHIPBUILDING COMPANY**;
      and
10  **VIGOR SHPYARDS, INC.**

11              Defendants.

12

13                    **I.      PARTIES**

14  ~~Plaintiffs William A. Morris and Catherine M. Morris, husband and wife, reside in~~

15  ~~Federal Way, Washington.~~

16        1.    Plaintiff Daniel W. Morris resides in Federal Way, Washington, and is the

17  surviving child of William A. Morris, deceased. Plaintiff is the appointed personal representative

18  of the Estate of William A. Morris.

19        2.    Defendants and/or their predecessors-in-interest are corporations who, at all times

20  relevant herein, manufactured, sold, distributed, purchased or maintained on their premises

21  asbestos-containing products or products that were used in conjunction with asbestos.

22                    **II.     JURISDICTION**

23  ~~This Court has jurisdiction over this cause pursuant to RCW 4.12.025 because, at all~~

~~times relevant herein, defendants transacted business and/or may be served with process in King~~

PROPOSED AMENDED COMPLAINT FOR WRONGFUL DEATH AND
SURVIVORSHIP - 2

BERGMAN DRAPER OSLUND
821 2ND AVENUE, SUITE 2100
SEATTLE, WA 98104
TELEPHONE: 206.957.9510

1 ~~County, Washington.   This Court has specific jurisdiction over all out-of-state defendants~~

2 ~~because they each purposefully performed acts or consummated transactions in Washington~~

3 ~~State; Plaintiff's cause of action arises out of and/or relates to defendants' activities and/or~~

4 ~~transactions in Washington State; and assumption of jurisdiction over such out-of-state~~

5 ~~defendants by this Court does not offend traditional notions of fair play and substantial justice.~~

6       3. <u>This Court has jurisdiction over the above-captioned cause because some</u>

7 <u>defendants are entitled to raise defenses under 28 U.S.C. § 1442 alleging that their conduct was</u>

8 <u>undertaken at the direction of the United States; and the claims against all other defendants form</u>

9 <u>part of the same case or controversy. This Court has specific jurisdiction over all out of state</u>

10 <u>defendants because they each purposefully performed acts or consummated transactions in</u>

11 <u>Washington state; Plaintiff's cause of action arises out of and/or relates to defendants' activities</u>

12 <u>and/or transactions in Washington; and assumption of jurisdiction by this Court does not offend</u>

13 <u>traditional notions of fair play and substantial justice.</u>  Venue is proper in Seattle because

14 <u>Plaintiff resides in King County, Washington and William Morris's asbestos injury occurred in</u>

15 <u>Seattle.</u>

16                            **III.   FACTS**

17       4. <u>Plaintiff's decedent</u> William A. Morris (DOB: April 3, 1939) was exposed to

18 asbestos and asbestos-containing products which had been mined, manufactured, produced,

19 and/or placed into the stream of commerce by the defendants and/or was exposed to asbestos

20 products used on defendants' premises.  As a direct and proximate result of this exposure,

21 plaintiff's decedent William A. Morris developed mesothelioma <u>and died on December 26, 2018</u>.

22 Plaintiff provides the following information:

23

       A.   Specific Disease:   Mesothelioma

PROPOSED AMENDED COMPLAINT FOR WRONGFUL DEATH AND
SURVIVORSHIP - 3

BERGMAN DRAPER OSLUND
821 2ND AVENUE, SUITE 2100
SEATTLE, WA 98104
TELEPHONE: 206.957.9510

1   B.   Date of Diagnosis:   October 2018

2   C.   Military:   U.S. Army, 1957.
                     U.S. Army Reserves, 1958 to 1965.
3                    Mr. Morris worked as a supply clerk.

4   D.   Occupation:   Engineering, drafting and purchasing at Red Dot
                       Manufacturing
5

    E.   Places of Exposure:   Take home exposure from father John Morris, who
6                              worked at Pearl Harbor Naval Shipyard (1941 to
                               approximately 1943) and Seattle area shipyards,
7                              Todd Shipyard, Puget Sound Bridge and Dredge,
                               and Puget Sound Naval Shipyard (approximately
8                              1943 to approximately 1953).

9                              Vessels the father worked on at the Naval
                               Shipyards include the USS Colorado, ~~and~~ USS
10                             Nevada, and USS West Virginia.

11                             Vessels at the commercial shipyards are currently
                               unknown.
12

                               William Morris was also exposed to asbestos para-
13                             occupationally, when changing brakes on his
                               personal vehicles and those of family and friends,
14                             and also while mixing and installing joint
                               compounds at his personal residences.
15

    F.   Dates of Exposure:   1943 to 1970s.  This complaint does not allege
16                            exposure to asbestos on or after December 5, 1980.

17  G.   Current Address:   ~~924 West Lakeside Drive~~
                            ~~Shelton, WA 98584~~
18                          Not applicable

19                          **IV.   LIABILITY**

20          5.      Plaintiff claims liability based upon the theories of product liability; negligence;

21  premises liability; conspiracy; strict liability for abnormally dangerous activities and any other

22  applicable theory of liability.  The liability-creating conduct of defendants consisted, *inter alia*,

23  of negligent and unsafe design; failure to inspect, test, warn, instruct, monitor and/or recall;

    failure to substitute safe products; marketing or installing unreasonably dangerous or extra-

PROPOSED AMENDED COMPLAINT FOR WRONGFUL DEATH AND
SURVIVORSHIP - 4

BERGMAN DRAPER OSLUND
821 2ND AVENUE, SUITE 2100
SEATTLE, WA 98104
TELEPHONE: 206.957.9510

1  hazardous and/or defective products; marketing, maintaining or installing products not

2  reasonably safe as designed; marketing maintaining or installing products not reasonably safe for

3  lack of adequate warning and marketing maintaining or installing products with

4  misrepresentations of product safety.

5                                          **V.    DAMAGES**

6          6.      As a proximate result of defendants' tortious conduct, plaintiff's decedent

7  William A. Morris sustained pain, suffering and disability prior to death in an amount not now

8  known, but which will be proven at trial.  Plaintiff's decedent William A. Morris also sustained

9  medical expenses and economic losses, and funeral expenses in an amount to be proven at trial.

10  ~~Plaintiff Catherine M. Morris sustained loss of consortium as a result of William A. Morris's~~

11  ~~illness.~~ Plaintiff Daniel W. Morris, as personal representative of the Estate of William A.

12  Morris, asserts, loss of consortium, loss of parental relationship and wrongful death claims on

13  behalf of all statutory beneficiaries of William A. Morris.

14          7.      WHEREFORE, plaintiffs pray for judgment against the defendants and each of

15  them as follows:

16          a)      For general and special damages specified above, including pain, suffering, loss

17  of spousal and parental relationship, ~~and~~ disability, and wrongful death;

18          b)      For medical and related expenses, ~~and~~ economic loss, and funeral expenses, all of

19  which will be proven at the time of trial;

20          c)      For plaintiffs' costs and disbursements herein;

21          d)      For prejudgment interest in the amount to be proven at trial; and

22          e)      For such other relief as the Court deems just.

23

BERGMAN DRAPER OSLUND
821 2ND AVENUE, SUITE 2100
SEATTLE, WA 98104
TELEPHONE: 206.957.9510

1   DATED this ~~23rd day of November, 2018.~~ 4th day of January 2019.

2                       BERGMAN DRAPER OSLUND, PLLC

3                       By   */s/ Glenn S. Draper*
                            Glenn S. Draper, WSBA #24419
4                           821 2nd Avenue, Suite 2100
                            Seattle, WA 98104
5                           Telephone: (206) 957-9510
                            Facsimile: (206) 957-9549
6                           Email: glenn@bergmanlegal.com
                            Attorney for Plaintiffs
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

BERGMAN DRAPER OSLUND
821 2ND AVENUE, SUITE 2100
SEATTLE, WA 98104
TELEPHONE: 206.957.9510

1

**<u>ORDER</u>**

2

Pursuant to the Parties Stipulation to amend Complaint, **IT IS ORDERED** that Plaintiffs

3

may file their Amended Complaint for Wrongful Death and Survivorship with this Court.

4

DATED this ___6___ day of February, 2019

5

6

_____

7

HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

8

**Presented by:**

9

BERGMAN DRAPER OSLUND, PLLC

10

_/s/ Glenn S. Draper_
Glenn S. Draper, WSBA #24419

11

Email: glenn@bergmanlegal.com
Counsel for Plaintiffs

12

**Stipulated to and approved as to form:**

13

BULLIVANT HOUSER BAILEY, PC

GARDNER TRABOLSI & ASSOCIATES, PLLC

14

_/s/ Jeanne F. Loftis_
Jeanne F. Loftis, WSBA #35355

_/s/ Ronald C. Gardner_
Ronald C. Gardner, WSBA #9270

15

Megan E. Uhle, WSBA #51451
Email: asbestos-pdx@bullivant.com

Email: rgardner@gandtlawfirm.com
            asbestos@gandtlawfirm.com

16

Counsel for Genuine Parts Company

Counsel for Goulds Pumps (IPG), Inc. and ITT Corporation

17

FOLEY & MANSFIELD, PLLP

18

_/s/ Zackary A. Paal_
Howard (Terry) Hall, WSBA #10905

GORDON THOMAS HONEYWELL LLP

19

Brian B. Smith, WSBA #45930
Melissa K. Roeder, WSBA #30836

_/s/ Diane J. Kero_
Diane J. Kero, WSBA #11874

20

Zackary A. Paal, WSBA #45077
Email: thall@foleymansfield.com

Email: dkero@gth-law.com
            service@gth-law.com

21

            bsmith@foleymansfield.com
            mroeder@foleymansfield.com

Counsel for Pneumo Abex Corporation

22

            zpaal@foleymansfield.com
            asbestos-sea@foleymansfield.com

23

Counsel for Lone Star Industries, Inc.

STIPULATION TO AMEND COMPLAINT - 4

WILSON SMITH COCHRAN DICKERSON

*/s/ Richard G. Gawlowski*
Richard G. Gawlowski, WSBA #19713
Email: gawlowski@wscd.com
       reyes@wscd.com
       MetLifeAsbestos@wscd.com
Counsel for Metropolitan Life Insurance
Company


GORDON REES SCULLY MANSUKHANI
LLP

*/s/ Mark B. Tuvim*
Mark B. Tuvim, WSBA #31909
Kevin J. Craig, WSBA #29932
Trevor J. Mohr, WSBA #51857
Email: mtuvim@grsm.com
       kcraig@grsm.com
       tmohr@grsm.com
       SEAasbestos@gordonrees.com
Counsel for Ingersoll-Rand Company


GORDON THOMAS HONEYWELL LLP

*/s/ James E. Horne*
James E. Horne, WSBA #12166
Michael E. Ricketts, WSBA #9387
Email: jhorne@gth-law.com
       mricketts@gth-law.com
       IMOService@gth-law.com
Counsel for IMO Industries, Inc.

RIZZO MATTINGLY BOSWORTH PC

*/s/ Allen E. Eraut*
Allen E. Eraut, WSBA #30940
Shaun Morgan, WSBA #47203
Email: aeraut@rizzopc.com
       smorgan@rizzopc.com
       asbestos@rizzopc.com
Counsel for Warren Pumps LLC


SOHA & LANG, PS

*/s/ Christine E. Dinsdale*
Christine E. Dinsdale, WSBA #12622
Rachel A. Rubin, WSBA #48971
Email: dinsdale@sohalang.com
       rubin@sohalang.com
       asbestos@sohalang.com
Counsel for BW/IP International


FOLEY & MANSFIELD, PLLP

*/s/ Zackary A. Paal*
Howard (Terry) Hall, WSBA #10905
J. Scott Wood, WSBA #41342
Zackary A. Paal, WSBA #45077
Email: thall@foleymansfield.com
       swood@foleymansfield.com
       zpaal@foleymansfield.com
       asbestos-sea@foleymansfield.com
Counsel for Hanson Permanente Cement and
Kaiser Gypsum Company, Inc.


LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ George S. Pitcher*
George S. Pitcher, WSBA #27713
Rachel Tallon Reynolds, WSBA #38750
Email: George.Pitcher@lewisbrisbois.com
       Rachel.Reynolds@lewisbrisbois.com
Counsel for Union Carbide Corporation

STIPULATION TO AMEND COMPLAINT - 5

BERGMAN DRAPER OSLUND
821 2ND AVENUE, SUITE 2100
SEATTLE, WA 98104
TELEPHONE: 206.957.9510