The Honorable ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM A. MORRIS and CATHERINE M. MORRIS, husband and wife,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, *et al.*,<br><br>Defendant. | No.: 2:18-cv-01876-RSL<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT GENUINE PARTS COMPANY |

## **STIPULATION**

Plaintiff and Defendant Genuine Parts Company hereby stipulate that all claims against Genuine Parts Company only may be dismissed with prejudice and without costs and/or attorney fees as to either party.

DATED: May 14, 2019

BERGMAN DRAPER OSLUND                BULLIVANT HOUSER BAILEY PC

By *s/ Glenn Draper*                 By *s/ Jeanne F. Loftis*
Glenn Draper, WSBA #24419            Jeanne F. Loftis, WSBA #35355

*Attorneys for Plaintiff*            *Attorneys for Defendant Genuine Parts Company*

## ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of stipulated motion by the Plaintiff and Defendant Genuine Parts Company to dismiss all claims against Genuine Parts Company only with prejudice and without costs and/or attorney fees as to any party, and that Court being fully advised in the premises, now, and therefore, it is hereby ORDERED as follows:

All claims against Defendant Genuine Parts Company only are hereby dismissed with prejudice and without costs or attorney fees as to any party.

DATED this 17th day of May, 2019.

_____
JUDGE/COMMISSIONER

Presented by:
BULLIVANT HOUSER BAILEY, PC

*s/ Jeanne F. Loftis*
Jeanne F. Loftis, WSBA #35355
*Attorneys for Defendant Genuine Parts Company*

Notice of Presentation Waived/Approved
as to Form and for Entry:

BERGMAN DRAPER OSLUND

*s/ Glenn S. Draper*
Glenn S. Draper, WSBA #24419
*Attorneys for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT    PAGE 2    Bullivant|Houser|Bailey PC
GENUINE PARTS COMPANY

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351