1
2
3
4
5
6

The Honorable Judge Robert S. Lasnik

7

UNITED STATES DISTRICT COURT
WESTERN DIVISION OF WASHINGTON AT SEATTLE

8

9   WILLIAM A. MORRIS and CATHERINE M.
MORRIS, husband and wife,

No.   2:18-cv-01876-RSL

10
                        Plaintiffs,

STIPULATED MOTION TO DISMISS
AND ORDER OF DISMISSAL
WITHOUT PREJUDICE AS TO
DEFENDANT GOULDS PUMPS LLC,
ONLY

11          v.

12   AIR & LIQUID SYSTEMS CORPORATION, et
al.

13
                        Defendants.

***CLERK'S ACTION REQUIRED***

14

STIPULATION

15

16      Plaintiff and Defendant Goulds Pumps LLC hereby stipulate that all claims against

17   Goulds Pumps LLC, only, may be dismissed without prejudice and without costs and/or

attorneys' fees as to either party.

18

19      DATED this ___3___ day of June 2019.

20   BERGMAN DRAPER OSLUND

GARDNER TRABOLSI & ASSOCIATES PLLC

21   By _____
Glenn S. Draper, WSBA #24419

By /s/ Ronald C. Gardner
Ronald C. Gardner, WSBA #9270
Attorney for Defendant Goulds Pumps LLC

22   Matthew P. Bergman, WSBA #20894
Ruby K. Aliment, WSBA #51242

23   Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL OF
DEFENDANT GOULDS PUMPS LLC, ONLY,
WITHOUT PREJUDICE AND WITHOUT COSTS- 1

GARDNER TRABOLSI & ASSOCIATES PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318

ORDER

It is ORDERED, ADJUDGED and DECREED that Plaintiff's action against Defendant Goulds Pumps, LLC, only, is hereby dismissed without prejudice, no costs to be awarded.

DATED this ___10ᵗʰ___ day of ___June___, 2019.

_Mous S Lasnik_
The Honorable Judge Robert S. Lasnik

*Presented by:*

GARDNER TRABOLSI & ASSOCIATES PLLC

By */s/ Ronald C. Gardner*
Ronald C. Gardner, WSBA #9270
Attorney for Defendant Goulds Pumps LLC

*Approved as to form; notice of presentation waived;*

BERGMAN DRAPER OSLUND

By _____
Glenn S. Draper, WSBA #24419
Matthew P. Bergman, WSBA #20894
Ruby K. Aliment, WSBA #51242
Attorneys for Plaintiff

GARDNER TRABOLSI & ASSOCIATES PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318