THE HONORABLE ROBERT S. LASNIK

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  DANIEL W. MORRIS, as Personal
Representative of the Estate of WILLIAM
10  A. MORRIS,

11          Plaintiffs,

12      v.

13  AIR & LIQUID SYSTEMS
CORPORATION, et al.,

14

          Defendants.

15

NO. 2:18-cv-01876-RSL

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE OF
DEFENDANT CBS CORPORATION

[PROPOSED]

16

## STIPULATION

17

18  Plaintiff Daniel W. Morris, as Personal Representative of the Estate of William A. Morris

19  (hereinafter "Plaintiff"), and Defendant CBS Corporation by and through his counsel of record,

20  stipulate that all claims against CBS Corporation only may be dismissed with prejudice and

21  without costs or fees as to any party in the above-captioned matter, reserving to Plaintiff his claims

against the other parties.

22

///

23

///

24

///

25

///

26

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE OF DEFENDANT CBS CORPORATION -
1

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

1   DATED this 20th day of June 2019.          DATED this 20th day of June 2019.

2

3   By: s/Glenn S. Draper                       By: s/Malika Johnson
    Glenn S. Draper, WSBA #24419                Malika Johnson, WSBA #39608
4   BERGMAN DRAPER OSLUND, PLLC                  TANENBAUM KEALE LLP
    821 – 2nd Avenue, Suite 2100                 One Convention Place
5   Seattle, WA  98104                           701 Pike Street, Suite 1575
    Telephone: (206) 957-9510                    Seattle WA 98101
6   Email: glenn@bergmanlegal.com                (206) 889-5150
                                                 Email:   mjohnson@tktrial.com
7   Attorneys for Plaintiffs                               seattle.asbestos@tktrial.com

8
                                                 Attorneys for CBS Corporation
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER OF DISMISSAL WITH           Tanenbaum Keale, LLP
PREJUDICE OF DEFENDANT CBS CORPORATION -          One Convention Place
2                                                 701 Pike Street, Suite 1575
                                                  Seattle WA 98101
                                                  (206) 889-5150

1

## ORDER OF DISMISSAL

2      THIS MATTER having come before the Court by way of stipulated motion by Plaintiff

3  and Defendant CBS Corporation to dismiss all claims against CBS Corporation, with prejudice

4  and without fees and costs, and the Court being fully advised in the premises, now, therefore, it is

5  hereby ORDERED as follows:

6      All of Plaintiff's claims against CBS Corporation only are hereby dismissed with prejudice

7  and without costs as to any party.

8      DATED _____July 15, 2019._____

9

10  _____

11  THE HONORABLE ROBERT S. LASNIK

12

13  PRESENTED BY:

14

15  By: s/Malika Johnson
    Malika Johnson, WSBA #39608
16  TANENBAUM KEALE LLP
    One Convention Place
17  701 Pike Street, Suite 1575
    Seattle WA 98101
18  (206) 889-5150
    Email:   mjohnson@tktrial.com
19           seattle.asbestos@tktrial.com

20  Attorneys for CBS Corporation

21

22

23

24

25

26

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE OF DEFENDANT CBS CORPORATION -
3

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150