Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL W. MORRIS, as Personal Representative of the Estate of WILLIAM A. MORRIS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>AIR & LIQUID SYSTEMS CORPORATION et al.,<br><br>　　　　　　　Defendants. | NO.  2:18-cv-01876-RSL<br><br>STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT PNEUMO ABEX, LLC<br><br>**[CLERK'S ACTION REQUIRED]** |

## STIPULATION

COME NOW Plaintiff Daniel W. Morris, as Personal Representative of the Estate of William A. Morris, and Defendant PNEUMO ABEX, LLC, by and through their respective counsel, and stipulate to the entry of an Order of Dismissal as to PNEUMO ABEX, LLC only, such dismissal to be without prejudice and without costs to either party, reserving all Plaintiff's claims against all other parties.

This stipulation and agreed order have been approved as to form; notice of presentation and hearing on said Order of Dismissal is hereby waived by the parties.

/ / /

/ / /

STIPULATION AND ORDER OF DISMISSAL OF
DEFENDANT PNEUMO ABEX, LLC - 1 of 4
(2:18-cv-01876-RSL)
[4823-4236-0987]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON  98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

1    Dated this 12th day of July, 2019.

2                              BERGMAN DRAPER OSLUND, PLLC

3

4                              By:   /s/ Glenn S. Draper [via email 7/12/19]
                                   Matthew P. Bergman, WSBA #20894
5                                  matt@bergmanlegal.com
                                   Glenn S. Draper, WSBA #24419
6                                  glenn@bergmanlegal.com
                                   Attorneys for Plaintiff
7

8    Dated this 12th day of July, 2019.

9                              GORDON THOMAS HONEYWELL LLP

10

11                             By:   /s/ Diane J. Kero
                                   Diane J Kero, WSBA #11874
12                                 dkero@gth-law.com
                                   Attorneys for Defendant Pneumo Abex, LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON  98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

**O R D E R**

Based on the foregoing Stipulation, Defendant PNEUMO ABEX, LLC, only is hereby

dismissed without prejudice and without costs to either party, reserving all Plaintiff's

claims against all other parties.

DATED this ___15th___ day of ___July___, 2019.

_____
JUDGE/~~COURT COMMISSIONER~~

Presented by:

GORDON THOMAS HONEYWELL LLP

By  _/s/ Diane J. Kero_
   Diane J. Kero, WSBA No. 11874
   dkero@gth-law.com
   Attorneys for Defendant Pneumo Abex LLC

BERGMAN DRAPER OSLUND, PLLC

By  _/s/ Glenn S. Draper [via email 7/12/19]_
   Matthew P. Bergman, WSBA #20894
   matt@bergmanlegal.com
   Glenn S. Draper, WSBA #24419
   glenn@bergmanlegal.com
   Attorneys for Plaintiff

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON  98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575