The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

| | |
|---|---|
| DANIEL W. MORRIS, as Personal Representative of the Estate of WILLIAM A. MORRIS,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, ET AL.<br><br>Defendants. | Cause No. 2:18-cv-01876-RSL<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT BW/IP, INC.**<br><br>*CLERK'S ACTION REQUIRED* |

IT IS HEREBY STIPULATED by and between Plaintiff and defendant BW/IP, Inc. and its wholly owned subsidiaries, incorrectly identified as "BW/IP, Inc., f/k/a Borg-Warner Industrial Products, as successor-in-interest to Byron Jackson Pumps" (referred to herein as "BW/IP"), that BW/IP be dismissed, without prejudice, and without fees, costs or expenses to either party, reserving to Plaintiff all of Plaintiff's claims against all other parties. The parties also agree that this order may be presented to the Court for entry without further notice of presentation.

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT BW/IP, INC. – 1
USDC WD WA/SEA CAUSE NO. 2:18-cv-01876-RSL

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

2804.00075 lh02e635k6

DATED: August 5, 2019.

| BERGMAN DRAPER OSLUND UDO, PLLC | SOHA & LANG, P.S. |
|---|---|
| *s/ Glenn S. Draper*<br>Glenn S. Draper, WSBA # 24419<br>Email: glenn@bergmandraper.com<br>Attorneys for Plaintiff | *s/ Christine E. Dinsdale*<br>Christine E. Dinsdale, WSBA 12622<br>Email: dinsdale@sohalang.com<br>Email: asbestos@sohalang.com<br>Attorneys for Defendant BW/IP, Inc. and its wholly owned subsidiaries |

## ORDER

THIS MATTER, having come before this Court upon the foregoing stipulation, and the Court being fully advised on this matter:

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that all of the Plaintiff's claims against defendant BW/IP are hereby dismissed without prejudice and without costs to either party, reserving to Plaintiff his claims against all other parties.

DONE this 6th day of August, 2019.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT BW/IP, INC. – 2
USDC WD WA/SEA CAUSE NO. 2:18-cv-01876-RSL

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

2804.00075 lh02e635k6