The Honorable Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DIVISION OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WILLIAM A. MORRIS and CATHERINE M. MORRIS, husband and wife,<br><br>Plaintiffs,<br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.<br><br>Defendants. | No.  2:18-cv-01876-RSL<br><br>STIPULATED MOTION TO DISMISS AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT ITT LLC<br><br>***CLERK'S ACTION REQUIRED*** |

## STIPULATION

Plaintiff and Defendant ITT LLC hereby stipulate that all claims against ITT LLC, only, may be dismissed with prejudice and without costs and/or attorneys' fees as to either party.

DATED this 6th day of August 2019.

BERGMAN DRAPER OSLUND

By /s/ Glenn S. Draper
Glenn S. Draper, WSBA #24419
Matthew P. Bergman, WSBA #20894
Ruby K. Aliment, WSBA #51242
Attorneys for Plaintiff

GARDNER TRABOLSI & ASSOCIATES PLLC

By /s/ Ronald C. Gardner
Ronald C. Gardner, WSBA #9270
Attorney for Defendant ITT LLC

---

STIPULATION AND ORDER OF DISMISSAL OF
DEFENDANT GOULDS PUMPS LLC, ONLY, WITH
PREJUDICE AND WITHOUT COSTS - 1

GARDNER TRABOLSI & ASSOCIATES PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318

## ORDER

It is ORDERED, ADJUDGED and DECREED that Plaintiff's action against Defendant ITT LLC, only, is hereby dismissed with prejudice, no costs to be awarded.

DATED this 8th day of August, 2019.

_____
The Honorable Judge Robert S. Lasnik

*Presented by:*

GARDNER TRABOLSI & ASSOCIATES PLLC

By */s/ Ronald C. Gardner*
Ronald C. Gardner, WSBA #9270
Attorney for Defendant ITT LLC

*Approved as to form; notice of presentation waived;*

BERGMAN DRAPER OSLUND

By */s/ Glenn S. Draper*
Glenn S. Draper, WSBA #24419
Matthew P. Bergman, WSBA #20894
Ruby K. Aliment, WSBA #51242
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT GOULDS PUMPS LLC, ONLY, WITH PREJUDICE AND WITHOUT COSTS - 2

GARDNER TRABOLSI & ASSOCIATES PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318