THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL MORRIS, as Personal Representative of the Estate of WILLIAM A. MORRIS,<br><br>Plaintiff,<br><br>v.<br><br>LOCKHEED SHIPBUILDING COMPANY, et al.,<br><br>Defendants | NO. 2:18-cv-01876-RSL<br><br>STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT LOCKHEED SHIPBUILDING COMPANY<br><br>**(CLERK'S ACTION REQUIRED)** |

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant Lockheed Shipbuilding Company ("Lockheed Shipbuilding"), that Lockheed Shipbuilding be dismissed, without prejudice, and without fees, costs or expenses to either party, reserving to Plaintiff all of Plaintiff's claims against all other parties. The parties also agree that this order may be presented to the Court for entry without further notice of presentation.

DATED this 28th day of August, 2019.

BERGMAN DRAPER OSLUND UDO, PLLC

By  s/ Glenn S. Draper
Glenn S. Draper, WSBA #24419
Bergman Draper Oslund Udo, PLLC
Email: glenn@bergmanlegal.com

Attorneys for Plaintiffs

OGDEN MURPHY WALLACE, P.L.L.C.

By  s/ Jeffrey D. Dunbar
Jeffrey D. Dunbar, WSBA #26339
Ogden Murphy Wallace, P.L.L.C.
E-mail: jdunbar@omwlaw.com

Attorneys for Defendant Lockheed Shipbuilding Company

{JDD2001729.DOCX;1/12060.000058/ }
STIPULATION AND ORDER OF DISMISSAL
WITHOUT PREJUDICE OF DEFENDANT
LOCKHEED SHIPBUILDING COMPANY - 1

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

**ORDER**

THIS MATTER, having come before this Court upon the foregoing stipulation, and the Court being fully advised on this matter:

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that all of the Plaintiff's claims against defendant Lockheed Shipbuilding are hereby dismissed without prejudice and without costs to either party, reserving to Plaintiff his claims against all other parties.

DONE this 29th day of August, 2019.

_____
ROBERT S. LASNIK,
United States District Judge

{JDD2001729.DOCX;1/12060.000058/ }
STIPULATION AND ORDER OF DISMISSAL
WITHOUT PREJUDICE OF DEFENDANT
LOCKHEED SHIPBUILDING COMPANY - 2

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215