HONORABLE RONALD LASNIK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| DANIEL W. MORRIS, as Personal Representative of the Estate of WILLIAM MORRIS,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | Case No. 2:18-cv-01876-RSL<br><br>**ORDER ON STIPULATED MOTION TO CONTINUE DEADLINE FOR EXPERT DISCLOSURES**<br><br>Note on Motion Calendar: September 5, 2019 |

THIS MATTER having come on before the undersigned judge of the above-entitled court; the Court having reviewed the stipulation of counsel, and being fully apprised in the premises, now, therefore,

///

///

///

1 –ORDER ON STIPULATED MOTION TO CONTINUE DEADLINE FOR EXPERT DISCLOSURES

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630

IT IS HEREBY ORDERED that the Stipulated Motion to Continue Deadline for Expert Disclosures is hereby GRANTED, and the September 5, 2019 deadline for disclosure of expert testimony is continued until September 19, 2019.

DATED this 9th day of September, 2019.

_____
HONORABLE ROBERT S. LASNIK
United States District Judge

Respectfully presented by:

RIZZO MATTINGLY BOSWORTH PC

*s/Shaun Morgan*
Shaun Morgan, WSB #47203
Email: smorgan@rizzopc.com
Rizzo Mattingly Bosworth PC
1300 SW Sixth Avenue, Suite 330
Portland, Oregon 97201
Telephone: 503-229-1819
Fax: 503-229-0630
***Attorneys for Warren Pumps, LLC***

2 –ORDER ON STIPULATED MOTION TO CONTINUE DEADLINE FOR EXPERT DISCLOSURES

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630