HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| DANIEL W. MORRIS, as Personal Representative of the Estate of WILLIAM MORRIS,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | Case No. 2:18-cv-01876-RSL<br><br>[PROPOSED] ORDER ON STIPULATED MOTION TO CONTINUE DEADLINE FOR EXPERT DISCLOSURES<br><br>Note on Motion Calendar: September 18, 2019 |

THIS MATTER having come on before the undersigned judge of the above-entitled court; the Court having reviewed the stipulation of counsel, and being fully apprised in the premises, now, therefore,

///

///

///

1 – [PROPOSED] ORDER ON STIPULATED MOTION TO CONTINUE DEADLINE FOR EXPERT DISCLOSURES

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630

1  IT IS HEREBY ORDERED that the Stipulated Motion to Continue Deadline for Expert
2  Disclosures is hereby GRANTED, and the September 18, 2019 deadline for disclosure of expert
3  testimony is continued until October 2, 2019.
4  DATED  Sept. 19, 2019  .

*signature*

HONORABLE ROBERT S. LASNIK

Respectfully presented by:

RIZZO MATTINGLY BOSWORTH PC

_s/Shaun Morgan_
Shaun Morgan, WSB #47203
Email: smorgan@rizzopc.com
Rizzo Mattingly Bosworth PC
1300 SW Sixth Avenue, Suite 330
Portland, Oregon 97201
Telephone: 503-229-1819
Fax: 503-229-0630
*Attorneys for Warren Pumps, LLC*

2 – [PROPOSED] ORDER ON STIPULATED MOTION TO CONTINUE
DEADLINE FOR EXPERT DISCLOSURES

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 F: 503.229.0630