HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL MORRIS, as Personal Representative of the Estate of WILLIAM A. MORRIS,<br><br>Plaintiff,<br><br>v.<br><br>LOCKHEED SHIPBUILDING COMPANY, et al.,<br><br>Defendants. | NO. 2:18-cv-01876-RSL<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT IMO INDUSTRIES, INC.<br><br>[CLERK'S ACTION REQUIRED] |

## STIPULATION

COME NOW Plaintiff Daniel Morris, individually and as Personal Representative for the Estate of William A. Morris, and Defendant IMO INDUSTRIES, INC., by and through their respective counsel, and stipulate to entry of an Order of Dismissal as to IMO INDUSTRIES, INC. only, such dismissal to be with prejudice and without costs to either party, reserving to Plaintiffs their claims against all other defendants.

//

//

//

//

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT
IMO INDUSTRIES, INC. WITH PREJUDICE - 1 of 3
(NO. 2:18-cv-01876-RSL)
[4842-1094-3927]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE WA 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

Dated this 19th day of March, 2020.

                GORDON THOMAS HONEYWELL LLP


                By */s/ James E. Horne*
                    Michael E. Ricketts, WSBA No. 9387
                    mricketts@gth-law.com
                    James E. Horne, WSBA No. 12166
                    jhorne@gth-law.com

                Attorneys for Defendant IMO Industries, Inc.

Dated this 19th day of March, 2020.

                BERGMAN DRAPER OSLUND UDO, PLLC


                By */s/ Glenn S. Draper [via email 3/19/20]*
                    Glenn S. Draper, WSBA No. 24419
                    glenn@bergmanlegal.com

                Attorneys for Plaintiffs

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT
IMO INDUSTRIES, INC. WITH PREJUDICE - 2 of 3
(NO. 2:18-cv-01876-RSL)
[4842-1094-3927]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE WA 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

ORDER

Based on the foregoing Stipulation, Defendant IMO INDUSTRIES, INC. only is hereby dismissed with prejudice and without costs to either party, reserving to Plaintiffs their claims against all other defendants.

DATED this 20th day of March, 2020.

*Robert S. Lasnik (signature)*
Robert S. Lasnik
United States District Judge

Presented by:

GORDON THOMAS HONEYWELL LLP

By */s/ James E. Horne*
Michael E. Ricketts, WSBA No. 9387
mricketts@gth-law.com
James E. Horne, WSBA No. 12166
jhorne@gth-law.com
Attorneys for Defendant IMO Industries, Inc.

BERGMAN DRAPER OSLUND UDO, PLLC

By */s/ Glenn S. Draper [via email 3/19/20]*
Glenn S. Draper, WSBA No. 24419
glenn@bergmanlegal.com
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT
IMO INDUSTRIES, INC. WITH PREJUDICE - 3 of 3
(NO. 2:18-cv-01876-RSL)
[4842-1094-3927]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE WA 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575