UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| DANIEL W. MORRIS, as Personal Representative of the Estate of WILLIAM A. MORRIS, | NO. 2:18-cv-01876-RSL |
|---|---|
| Plaintiffs, | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OF DEFENDANT GENERAL ELECTRIC COMPANY |
| v. | |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | |
| Defendants. | |

## **STIPULATON**

Plaintiff Daniel W. Morris, as Personal Representative of the Estate of William A. Morris (hereinafter "Plaintiff"), and Defendant General Electric Company, by and through their counsel of record, stipulate that all claims against Defendant General Electric Company only may be dismissed with prejudice and without costs or attorney fees as to either party in the above-captioned matter, reserving to Plaintiff their claims against the other parties.

//

//

//

//

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

1   DATED this 10th day of April, 2020.      TANENBAUM KEALE, LLP

2

3                                            s/Christopher S. Marks
                                             _____
4                                            Christopher S. Marks, WSBA #28634
                                             Malika Johnson, WSBA #39608
5
                                             Attorneys for General Electric Company
6

7

8   DATED this 10th day of April, 2020.      BERGMAN DRAPER OSLUND UDO PLLC

9

10                                           s/Vanessa Firnhaber Oslund
                                             _____
11                                           Matthew P. Bergman, WSBA #20894
                                             Glenn S. Draper, WSBA #24419
12                                           Vanessa Firnhaber Oslund, WSBA #38252

13                                           Attorneys for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE AND WITHOUT COSTS OF DEFENDANT
GENRAL ELECTRIC COMPANY - 2

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

## ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of stipulated motion by the Plaintiff and Defendant General Electric Company to dismiss all claims against Defendant General Electric Company with prejudice and without costs or attorney fees as to either party, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED as follows:

All claims against Defendant General Electric Company are hereby dismissed with prejudice and without costs or attorney fees as to either party, reserving to Plaintiff their claims against the other parties.

DATED this 13th day of April, 2020.

_MM S Lasnik_
Robert S. Lasnik
United States District Judge

PRESENTED BY:

TANENBAUM KEALE LLP
s/Christopher S. Marks
Christopher S. Marks, WSBA #28634
Malika Johnson, WSBA #39608
Attorneys for General Electric Company

APPROVED BY:

BERGMAN DRAPER OSLUND UDO PLLC

s/Vanessa Firnhaber Oslund
Matthew P. Bergman, WSBA #20894
Glenn S. Draper, WSBA #24419
Vanessa Firnhaber Oslund, WSBA #38252
Attorneys for Plaintiff

PRESENTED BY:STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE AND WITHOUT
COSTS OF DEFENDANT GENRAL ELECTRIC
COMPANY - 3

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150