THE HONORABLE ROBERT S. LASNIK
Trial Date: February 3, 2020

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DANIEL W. MORRIS, as Personal Representative of the Estate of WILLIAM A. MORRIS,<br><br>Plaintiff,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.<br><br>Defendants. | NO. 2:18-cv-01876-RSL<br><br>STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES AND/OR COSTS AS TO DEFENDANT KAISER GYPSUM COMPANY, INC. |

Plaintiff DANIEL W. MORRIS, personal representative for the Estate of WILLIAM A. MORRIS, deceased, and defendant KAISER GYPSUM COMPANY, INC. ("Kaiser Gypsum"), by their attorneys of record, stipulate that all claims against defendant Kaiser Gypsum be dismissed with prejudice and without costs to either party.

Dated this 13th day of April, 2020.

| | |
|---|---|
| BERGMAN DRAPER OSLUND UDO | FOLEY & MANSFIELD, PLLP |
| *s/Glenn S. Draper* | *s/J. Scott Wood* |
| Glenn S. Draper, WSBA #24419 | J. Scott Wood, WSBA #41342 |
| glenn@bergmanlegal.com | swood@foleymansfield.com |
| Attorneys for Plaintiffs | Attorneys for Kaiser Gypsum Company, Inc. |

STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES AND/OR COSTS AS TO DEFENDANT KAISER GYPSUM COMPANY, INC.

Page 1

**Foley & Mansfield, PLLP**
999 Third Avenue, Suite 3760
Seattle, WA 98104
Telephone: (206) 456-5360

## ORDER

Based upon the above stipulation,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims against defendant KAISER GYPSUM COMPANY, INC. are dismissed with prejudice and without costs to any party, reserving to the plaintiffs their claims against other defendants.

Dated this 15th day of April, 2020.

_____
Robert S. Lasnik
United States District Judge

*Presented by:*

FOLEY & MANSFIELD, PLLP

*s/J. Scott Wood*
J. Scott Wood, WSBA #41342
Attorneys for Defendant
Kaiser Gypsum Company, Inc.

*Agreed as to Form and Notice of Presentation Waived:*

BERGMAN DRAPER OSLUND UDO

*s/Glenn S. Draper*
Glenn S. Draper, WSBA #24419
Attorneys for Plaintiffs

STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES AND/OR COSTS AS TO DEFENDANT KAISER GYPSUM COMPANY, INC.

Page 2

**Foley & Mansfield, PLLP**
999 Third Avenue, Suite 3760
Seattle, WA 98104
Telephone: (206) 456-5360